

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00036-CV

IN THE INTEREST OF A.S.M., A CHILD

On Appeal from the 307th District Court
Gregg County, Texas
Trial Court No. 2001-1995-DR

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Author J. Manning, II, appellant, filed a notice of appeal in this matter on April 25, 2023. Manning did not file a docketing statement in accordance with Rule 32.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 32.1. Further, Manning did not tender the mandatory $205.00 filing fee associated with the appeal, *see* TEX. R. APP. P. 5, and did not file proof of indigency in lieu of a filing fee, *see* TEX. R. APP. P. 20.1.

"A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just." TEX. R. APP. P. 5.

By letter dated May 23, 2023, we provided Manning with notice of and an opportunity to cure these defects. *See* TEX. R. APP. P. 42.3(b), (c). Our letter further warned Manning that, if he did not submit an adequate response to the notice by June 2, 2023, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules. Manning did not respond to our May 23 letter.

Because Manning did not file a docketing statement, did not pay the mandatory filing fee, and did not file proof of indigency in lieu of a filing fee, this appeal is ripe for dismissal. Pursuant to Rules 42.3(b) and (c) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.

Jeff Rambin
Justice

Date Submitted:     June 12, 2023
Date Decided:     June 13, 2023

2